UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GEORGE W. WARD, JR., et al.,            Case No. 1:09-cv-473
         Plaintiffs,            Black, J.
          Litkovitz, M.J.

vs

INTERCONTINENTAL MORTGAGE           **ORDER**
GROUP, LLC, et al.,
         Defendants

Plaintiffs filed a motion for default judgment against defendant Intercontinental Mortgage Group, LLC (Intercontinental) on March 7, 2012. (Doc. 37). Plaintiffs indicate in the certificate of service that they are relying on the Court's CM/ECF electronic filing system to send notice of their motion to defendants Intercontinental and William L. Burress, III. However, defendant Intercontinental is not represented by counsel, and defendant Burress is proceeding in this matter pro se, so that plaintiffs cannot serve their motion electronically on these defendants through CM/ECF. Plaintiffs are therefore **ORDERED** to serve a copy of the motion for default judgment on defendant Intercontinental and its statutory agent Burress at their addresses of record via regular and certified mail forthwith. Plaintiffs shall file with the Court a notice certifying that they have served the motion on defendants in accordance with the terms of this Order.

**IT IS SO ORDERED.**

Date: 6/21/12                                          Karen L. Litkovitz
                                                                United States Magistrate Judge