UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GEORGE W. WARD, Jr., *et al.*,

Plaintiffs,

vs.

INTERCONTINENTAL MORTGAGE
GROUP, LLC, *et al.*,

Defendants.

Case No. 1:09-cv-473

Judge Timothy S. Black
Magistrate Judge Karen L. Litkovitz

**DECISION AND ENTRY: (1) ADOPTING THE ORDER AND REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 43); and (2) GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT INTERCONTINENTAL MORTGAGE GROUP, LLC. (Doc. 37)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on July 24, 2012 submitted an Order and Report and Recommendation. (Doc. 43). Defendant has filed no objections and the time for doing so has now passed.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and

Recommendation should be and is hereby **ADOPTED** in its entirety. Accordingly, Plaintiff's Motion for Default Judgment (Doc. 37) is **GRANTED**.

The Clerk is **DIRECTED** to enter default judgment against Defendant Intercontinental Mortgage Group, LLC pursuant to Fed. R. Civ. P. 55(b).

**IT IS SO ORDERED.**

Date: 8/20/12

Timothy S. Black
United States District Judge